**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-63053-ARTAU/STRAUSS**

**STRIKE 3 HOLDINGS, LLC,**

Plaintiff,

v.

**JOHN DOE,** *subscriber assigned IP address 98.254.92.138, an individual*,

Defendant.
_______________________________/

**ORDER**

THIS MATTER came before the Court upon Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to Rule 26(f) Conference [DE 5] (the "Motion").

Because the Rule 26(f) conference has not yet occurred, Plaintiff may only serve a subpoena if authorized by court order (absent stipulation). *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."). "Federal courts allow parties to conduct expedited discovery in advance of a Rule 26(f) conference where the party establishes 'good cause' for such discovery." *Galleon Guild Ltd. v. VIRELI*, No. 25-24168-CIV, 2025 WL 4592211, at *1 (S.D. Fla. Nov. 21, 2025) (quoting *TracFone Wireless, Inc. v. CNT Wireless LLC*, No. 19-cv-24325, 2019 WL 5863911, at *2 (S.D. Fla. Nov. 8, 2019)).

Having considered the Motion, the Court finds that good cause exists—at this early stage—to permit Plaintiff to serve a subpoena on Comcast Cable ("Comcast") limited to identifying

Defendant. *Cf. Strike 3 Holdings, LLC v. Doe*, No. 22-CV-62152, 2022 WL 17741504, at *1 (S.D. Fla. Dec. 9, 2022) (permitting plaintiff to serve internet service provider with Rule 45 subpoena seeking true name and address of defendant to whom provider assigned IP address). Therefore, it is **ORDERED and ADJUDGED** that:

1. The Motion [DE 5] is **GRANTED**.

2. Plaintiff may serve a Rule 45 subpoena on Comcast seeking the true name and address of the Defendant to whom Comcast assigned IP address 98.254.168.254. Plaintiff shall attach a copy of this Order to the subpoena.

3. If Comcast qualifies as a "cable operator" under 47 U.S.C. § 522(5), then it shall notify Defendant of this Order in accordance with 47 U.S.C. § 551(c)(2)(B).

4. Plaintiff may only use the information disclosed by Comcast in response to a subpoena for purposes of this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of November 2026.

Jared Strauss

**Jared M. Strauss**
**United States Magistrate Judge**